48 A.3d 1244

**Ivan ALLEN, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA;**
Commonwealth of Pennsylvania, Respondents.

**No. 81 EM 2012.**

Supreme Court of Pennsylvania.

July 19, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of July, 2012, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994)

(hybrid representation improper). The Prothonotary is directed to forward the filings to counsel of record.